UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN J SNEDDEN,<br><br>                Plaintiff,<br><br>   v.<br><br>JERI BOE,<br><br>                Defendants. | Case No. C19-5539 RBL-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's motion for voluntary dismissal is GRANTED;

    (3)    Plaintiff's complaint is dismissed without prejudice; and

    (4)    The Clerk is directed to send copies of this Order to the parties.

Dated this 15th day of November, 2019.

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1